UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBBIE ALLEN,

       Plaintiff,                                Case No. 1:14−cv−00462−RHB

v.                                            Hon. Robert Holmes Bell

DIVERSIFIED CONSULTANTS, INC.,

       Defendant.
_____/

## **ORDER**

      IT IS HEREBY ORDERED that the stipulation of the parties dismissing this matter with prejudice pursuant to settlement, (ECF No. 9) is GRANTED. This matter is Dismissed.

      IT IS SO ORDERED.

Dated:  August 7, 2014                        /s/ Robert Holmes Bell
                                                      ROBERT HOLMES BELL
                                                      United States District Judge